CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

**FILED**

Oct 06 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONDRE GRAY,<br>Defendant. | NO. 4:25-CR-00025-YGR-02<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against DONDRE GRAY. The dismissal pertains only to Defendant GRAY.

DATED: September 10, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jeff Mitchell*
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against DONDRE GRAY. The dismissal pertains only to Defendant GRAY.

Date: October 6, 2026

HON. YVONNE GONZALEZ ROGERS
Chief United States District Judge